AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

UNITED STATES
V.
SAMER H. BARRAGE

## EXHIBIT AND WITNESS LIST

Case Number: 17-20215-CR-SCOLA

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| PATRICK A. WHITE | Francisco Maderal (AUSA) | Jared Lopez & Marcos Beaton, Jr |
| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY |
| PTD 4/3/17 | | Elizabeth Rodriguez |

| PLTF. NO. | DEFT. NO. | DATE OFFERED | MARKED | ADMITTED | |
|---|---|---|---|---|---|
| 1 | | 4/3/17 | X | X | Ticket of Flight to Colombia |
| 2 | | | X | X | Email 3/21/17 |
| 3 | | | X | X | Email (no date) |
| | 1 | | X | X | Photograph |
| | 2 | | X | X | Airport Parking Ticket |
| | 3 | | X | X | Photograph |
| | 4 | | X | X | Composite A,B,C,D - Emails |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.



**From:** Avianca Online Emision <eticket@amadeus.com>
**Date:** Sunday, March 19, 2017 at 10:01 PM
**To:** Samer Barrage <sbarrage@elemetal.com>
**Subject:** BARRAGE/SAMER26AUG77 20MARMIABOG

# BARRAGE/SAMER26AUG77 20MARMIABOG

```
------------------------------------------------------------------------------
-

This document is automatically generated.
Please do not respond to this mail.

                        ELECTRONIC TICKET
                   PASSENGER ITINERARY RECEIPT

AVIANCA ONLINE EMISION                DATE: 19 MAR 2017
NA                                   AGENT: 0001
                                      NAME: BARRAGE/SAMER(26AUG77)
USA                                   FQTV: 48212376203
IATA       : 339 95533
TELEPHONE  : 571 5877700

ISSUING AIRLINE                           : AVIANCA
TICKET NUMBER                             : ETKT 134 2474895673
BOOKING REF : AMADEUS: 57UBRH, AIRLINE: TA/57UBRH

FROM /TO        FLIGHT  CL DATE   DEP     FARE BASIS    NVB    NVA    BAG  ST

MIAMI MIAMI     AV 5    V  20MAR  0312    VEO0ORIS                    2PC  OK
INTL
FLIGHT OPERATED BY: AVIANCA           MARKETED BY: AVIANCA
BOGOTA EL                      ARRIVAL TIME: 0548   ARRIVAL DATE: 20MAR
DORADO INTL
TERMINAL:1

BOGOTA EL       AV 6    E  24MAR  0811    EEO0ORIS                    2PC  OK
DORADO INTL
TERMINAL:1
FLIGHT OPERATED BY: AVIANCA           MARKETED BY: AVIANCA
```

GOVERNMENT EXHIBIT
CASE NO. 17-20215-RNS BARRAGE PTD
EXHIBIT NO. 1

MIAMI MIAMI INTL ARRIVAL TIME: 1302 ARRIVAL DATE: 24MAR

AT CHECK-IN, PLEASE SHOW A PICTURE IDENTIFICATION AND THE DOCUMENT YOU GAVE FOR REFERENCE AT RESERVATION TIME

BAGGAGE POLICY
MIABOG
1ST CHECKED BAG: FREE OF CHARGE UPTO50LB 23KG AND62LI 158LCM
2ND CHECKED BAG: FREE OF CHARGE UPTO50LB 23KG AND62LI 158LCM
BOGMIA
1ST CHECKED BAG: FREE OF CHARGE UPTO50LB 23KG AND62LI 158LCM
2ND CHECKED BAG: FREE OF CHARGE UPTO50LB 23KG AND62LI 158LCM
CARRY-ON BAG:
MIABOG: MAX FREE OF CHARGE
BOGMIA: MAX FREE OF CHARGE

LB = WEIGHT IN POUNDS, KG = WEIGHT IN KILOS,
LI = LINEAR INCHES, LCM = LINEAR CENTIMETERS,
MAX = MAXIMUM ALLOWED, PC = NUMBER OF PIECES

BAGGAGE ALLOWANCE AND CHARGES ARE PROVIDED FOR INFORMATION ONLY. ADDITIONAL DISCOUNTS MAY APPLY DEPENDING ON ADVANCE PURCHASE OR FLYER-SPECIFIC FACTORS (E.G. FREQUENT FLYER STATUS, MILITARY, CREDIT CARD USED FOR PURCHASE, EARLY PURCHASE OVER THE INTERNET, ETC.)

MOST CARRIERS' E-TICKETS HAVE EXPIRATION DATES AND CONDITIONS OF USE. CHECK THE CARRIER'S FARE RULES FOR MORE INFORMATION.

ENDORSEMENTS : /C1 FULLY REF/NO CHNG FEE/ FARE DIF MAY APPL/NONEND /C2 REFUND FEE APPLIES/ CHANGE FEE APPLIES AND PLUS FARE DIFF/NON END -
PAYMENT : CC AX XXXXXXXXXXX2000/Exp0520 M000012 889.56

FARE CALCULATION :MIA AV BOG Q85.00 370.00AV MIA Q100.00 219.00NUC774.00END ROE1.000000 XF MIA4.5XT 18.00US3.96XA7.00XY5.60AY15.00JS38.00CO4.50XF

| | | | | | | |
|---|---|---|---|---|---|---|
| AIR FARE | : USD | 774.00 | | | | |
| TAX | : USD | 5.50YC | USD | 18.00US | USD | 18.00US |
| | USD | 3.96XA | USD | 7.00XY | USD | 5.60AY |
| | USD | 15.00JS | USD | 38.00CO | USD | 4.50XF |
| TOTAL | : USD | 889.56 | | | | |

NOTICE
CARRIAGE AND OTHER SERVICES PROVIDED BY THE CARRIER ARE SUBJECT TO CONDITIONS OF CARRIAGE, WHICH CAN BE TO CONSULTED ON WWW.AVIANCA.COM

NOTICE
IF THE PASSENGER'S JOURNEY INVOLVES AN ULTIMATE DESTINATION OR STOP IN A COUNTRY OTHER THAN THE COUNTRY OF DEPARTURE THE WARSAW CONVENTION OR THE MONTREAL CONVENTION MAY BE APPLICABLE AND THESE CONVENTIONS GOVERN AND MAY LIMIT THE LIABILITY OF CARRIERS FOR DEATH OR BODILY INJURY AND IN RESPECT OF LOSS OF OR DAMAGE TO BAGGAGE. SEE ALSO NOTICES HEADES "ADVICE TO INTERNATIONAL PASSANGERS ON LIMITATION OF LIABILITY" AND "NOTICE OF BAGGAGE LIABILITY LIMITATIONS".

AEROVIAS DEL CONTINENTE AMERICANO S.A. AVIANCA
*** NIT890100577-6

THE CARRIAGE OF CERTAIN HAZARDOUS MATERIALS, LIKE AEROSOLS, FIREWORKS,AND FLAMMABLE LIQUIDS, ABOARD THE AIRCRAFT IS FORBIDDEN. IF YOU DO NOT UNDERSTAND THESE RESTRICTIONS, FURTHER INFORMATION MAY BE OBTAINED FROM YOUR AIRLINE.



---

**From:** Samer Barrage
**Sent:** Tuesday, March 21, 2017 4:57 PM
**To:** Bill Leroy
**Cc:** Said Kamle
**Subject:** Transition of day to day activities - ZF

Bill,

Please confirm the direction given last week that I will be transitioning out of directing day to day activities to an ownership position. As discussed today, the timeline to fully execute this function will take approximately 2 weeks with much of the tasks being completed this week and trailing items for next.

Thanks,

Sam

AO386-C
GOVERNMENT
EXHIBIT
17-20215-RNS
CASE
NO. BARRAGE
PTD
EXHIBIT
NO. 2

Yesterday 4:58 PM

Just sent you email on Colombia for new process

Please confirm in writing the transition plan. Extremely important for my lawyer's discussion later today with Frank

I sent you an email on it. If you can please respond with comments

Yesterday 6:22 PM

Bill?

AO386-C
GOVERNMENT EXHIBIT
17-20215-RNS
CASE NO. BARRAGE PTD
EXHIBIT NO. 3

GTI
RICK CASE VW
DEFENDANT'S
EXHIBIT
1
17 CR 20215 RNS

MIA
MIAMI INTERNATIONAL AIRPORT
01:56 03/20/17 FLM-34 54-84-4555
SOUTHLAND PRINTING
SHREVEPORT, LA.
MIAMI·DADE
Miami-Dade Aviation Department
839232

DEFENDANT'S
EXHIBIT
2
17 CR 20215 RNS
tabbies

1BB
EMG 612
DEFENDANT'S
EXHIBIT
3
17 CR 20215RNS


**Jared Lopez**

**From:** Jared Lopez
**Sent:** Wednesday, March 22, 2017 3:05 PM
**To:** Samer Barrage (confidentialsb10@gmail.com)
**Subject:** FW: Samer Barrage

---

**From:** Maderal, Francisco (USAFLS) [mailto:Francisco.Maderal@usdoj.gov]
**Sent:** Wednesday, March 22, 2017 2:53 PM
**To:** Jared Lopez
**Subject:** RE: Samer Barrage

Jared,

Thank you for reaching out. At this point international efforts are underway to apprehend Mr. Barrage. While we can't suspend those efforts, if Mr. Barrage is willing to turn himself in immediately to the Colombian authorities, once he is in custody, I will see what I can do about having him flown back to Miami without going through the formal extradition process, but I cannot promise that is possible.

Thank you,

-Frank

---

**From:** Jared Lopez [mailto:JLopez@royblack.com]
**Sent:** Wednesday, March 22, 2017 2:01 PM
**To:** Maderal, Francisco (USAFLS) <FMaderal@usa.doj.gov>
**Subject:** Samer Barrage

Mr. Maderal:

Our firm was recently retained by Samer Barrage. We learned that yesterday a criminal complaint was filed against him. Mr. Barrage is currently in Colombia on business. He is scheduled to return to Miami this Friday 3/24. I would like to discuss terms of Mr. Barrage's surrender since he will be flying into MIA on Friday. Please let me know when you are available. I left a voicemail message for you earlier today.

Thank you,

Jared

***Jared Lopez, Esq.***

BLACK
SREBNICK
KORNSPAN
STUMPF

TRIAL & APPELLATE ATTORNEYS

**www.royblack.com**
Black Srebnick Kornspan & Stumpf, PA
201 S. Biscayne Boulevard, Suite 1300
Miami, FL 33131

**Telephone:** 305-371-6421

DEFENDANT'S EXHIBIT 4 AbcD 17 CR 20215 RNS

A

**Fax:** 305-358-2006

The information in this email transmission is privileged and confidential. If you are not the intended recipient, nor the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that any dissemination or copying of this transmission (including any attachments) is strictly prohibited. If you have received this email in error, please delete all copies of this email and any attachments and notify us immediately. Thank you.

Legal Statement

**Jared Lopez**

**From:** Jared Lopez
**Sent:** Wednesday, March 22, 2017 3:07 PM
**To:** 'Maderal, Francisco (USAFLS)'
**Subject:** RE: Samer Barrage

Frank,

Can we discuss this? I called you this morning once we received a copy of the charging document. He will surrender but of course we would like to discuss terms for obvious reasons. Among other things we would like to discuss conditions of release. A provisional arrest seems unnecessary and a waste of resources in our view.

Thanks,

Jared

---

**From:** Maderal, Francisco (USAFLS) [mailto:Francisco.Maderal@usdoj.gov]
**Sent:** Wednesday, March 22, 2017 2:53 PM
**To:** Jared Lopez
**Subject:** RE: Samer Barrage

Jared,

Thank you for reaching out. At this point international efforts are underway to apprehend Mr. Barrage. While we can't suspend those efforts, if Mr. Barrage is willing to turn himself in immediately to the Colombian authorities, once he is in custody, I will see what I can do about having him flown back to Miami without going through the formal extradition process, but I cannot promise that is possible.

Thank you,

-Frank

---

**From:** Jared Lopez [mailto:JLopez@royblack.com]
**Sent:** Wednesday, March 22, 2017 2:01 PM
**To:** Maderal, Francisco (USAFLS) <FMaderal@usa.doj.gov>
**Subject:** Samer Barrage

Mr. Maderal:

Our firm was recently retained by Samer Barrage. We learned that yesterday a criminal complaint was filed against him. Mr. Barrage is currently in Colombia on business. He is scheduled to return to Miami this Friday 3/24. I would like to discuss terms of Mr. Barrage's surrender since he will be flying into MIA on Friday. Please let me know when you are available. I left a voicemail message for you earlier today.

Thank you,

Jared

B

***Jared Lopez, Esq.***

BLACK
SREBNICK
KORNSPAN
STUMPF
TRIAL & APPELLATE ATTORNEYS

www.royblack.com
Black Srebnick Kornspan & Stumpf, PA
201 S. Biscayne Boulevard, Suite 1300
Miami, FL 33131

**Telephone:** 305-371-6421
**Fax:** 305-358-2006

The information in this email transmission is privileged and confidential. If you are not the intended recipient, nor the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that any dissemination or copying of this transmission (including any attachments) is strictly prohibited. If you have received this email in error, please delete all copies of this email and any attachments and notify us immediately. Thank you.

Legal Statement

**Jared Lopez**

**Subject:** FW: Samer Barrage

**From:** Jared Lopez
**Sent:** Wednesday, March 22, 2017 5:33 PM
**To:** 'Maderal, Francisco (USAFLS)'
**Subject:** RE: Samer Barrage

Frank,

It is after 5pm and I'd like to discuss Mr. Barrage's surrender with you per my previous emails and the voicemail I left this morning. As I explained provisional arrest is not necessary nor warranted. Please advise if you would like Mr. Barrage to return to Miami sooner than his scheduled return on Friday. We just learned of the complaint against Mr. Barrage when it was filed yesterday.

Attached is a copy of the itinerary he purchased prior to his trip, showing his return for Friday.

Thank you,

Jared

C

**Jared Lopez**

**Subject:** FW: Samer Barrage

**From:** Jared Lopez
**Sent:** Wednesday, March 22, 2017 6:17 PM
**To:** 'Maderal, Francisco (USAFLS)'
**Subject:** RE: Samer Barrage

Frank,

I'd like the record to be clear that Mr. Barrage wants to return to the United States to surrender to the United States government as a result of being charged just yesterday with a criminal complaint. We only received a copy of the complaint this morning.

Mr. Barrage has been on business in Colombia since Monday, before any charges were filed against him. He wants to return to the United States immediately to confront the charges and is requesting you allow him to do so without the need for wasted resources and further prejudice to Mr. Barrage through international assistance.

Perhaps if you could find some time to speak with me about this matter, as I have been trying to do with you all day, we could come up with a plan for Mr. Barrage's return. I know you are busy on other matters but would appreciate if you could make the time. It would save all parties, the Govt, the court, law enforcement and Mr. Barrage considerable time and resources.

Thank you,

Jared

**From:** Maderal, Francisco (USAFLS) [mailto:Francisco.Maderal@usdoj.gov]
**Sent:** Wednesday, March 22, 2017 5:47 PM
**To:** Jared Lopez
**Subject:** RE: Samer Barrage

Jared:

Again, thank you for your email and reaching out. Sorry I did not respond sooner, I have been tied up with other matters. Unfortunately, I am not in a position to discuss or negotiate any conditions of your client's surrender/release until he is in custody. A stated your client is free to surrender to authorities in Colombia, and that may help expedite the resolution of his case.

In any event, I look forward to working with you going forward.

Thank you,

-Frank

D

**From:** Jared Lopez [mailto:JLopez@royblack.com]
**Sent:** Wednesday, March 22, 2017 5:33 PM
**To:** Maderal, Francisco (USAFLS) <FMaderal@usa.doj.gov>
**Subject:** RE: Samer Barrage

Frank,

It is after 5pm and I'd like to discuss Mr. Barrage's surrender with you per my previous emails and the voicemail I left this morning. As I explained provisional arrest is not necessary nor warranted. Please advise if you would like Mr. Barrage to return to Miami sooner than his scheduled return on Friday. We just learned of the complaint against Mr. Barrage when it was filed yesterday.

Attached is a copy of the itinerary he purchased prior to his trip, showing his return for Friday.

Thank you,

Jared