# Exhibit 9

Señores
**NTR Metals Zona Franca SAS**
**Precious Metals Investments SAS**
**Ntr Metals South America Llc**
Ciudad

**Samer Barrage**, identificado con PPTE # 482123762 respetuosamente me dirijo a ustedes para lo siguiente:

Les informo que he decidido marginarme a partir de la fecha de las labores de suplencia en representación y gerencia que desarrollaba en NTR Metals Zona Franca SAS (Palmira – Colombia) y Precious Metals Investments SAS, respectivamente, por cuanto tengo como prioridad para este momento atender un litigio legal en Miami Florida EEUU que demandara toda mi dedicación. Aspiro una vez resuelto lo anterior favorablemente poder retomar de nuevo mis actividades.

El litio en Miami – Florida – EEUU está relacionado con NTR Metals Miami y si bien entre esta y NTR Metals Zona Franca SAS (Colombia) no existe subordinación, relación financiera, administrativa u operacional, al tener una matriz común, considero que el riesgo reputacional y la necesidad personal de atender con toda dedicación el litigio ante las autoridades, me demandan tomar distancia de la representación y gerencia que en calidad de suplente ostento.

Finalmente, dejo registro, que en lo que respecta a mi comportamiento, este lo ha sido siempre probo, cumplidor de los más altos estándares de ética empresarial y de modelos de *compliance* implementados, patrocinados y auspiciados por el suscrito. Confío así quedara rápidamente reconocido.

Atentamente,

Samer Barrage
PPTE # 482123762



DILIGENCIA DE PRESENTACION PERSONAL
Y RECONOCIMIENTO

En Santiago de Cali a: _____ 2 3 MAR 2017
Notaría Veintiuno (E)

del círculo de Santiago de Cali, hace constar que el
escrito que antecede fue presentado personalmente
por _Samer Hadi Barbage_____
Identificado con la C.C. N° P982123762
Expedida en _Unif St. Of Ouenee_____ quien además

Declaro que su contenido es cierto y verdadero y que la
firma y la huella que en él aparecen son suyas

Firma Declarante

República de Colombia
Departamento del Valle
Santiago de Cali
Notaría Veintiuna

Andrea Milena Garota V.
Notaría Encargada

Señores
NTR Metals Zona Franca SAS
Ciudad

Samer Barrage, identificado con PPTE # 482123762 respetuosamente me dirijo a ustedes para informales que a partir de hoy 23 de marzo de 2.017 y hasta tanto atienda favorablemente  un litigio legal en Miami – Florida – EEUU – que demandara por el momento toda mi atención y dedicación, la señora Norma Isabel Cardozo Salinas c.c. 41.922.627. en su condición de representante legal de Precious Metals Investments SAS ejercerá lo correspondiente a la participación en un 25% de los derechos sociales NTR Metals Zona Franca SAS.

Atentamente,

Samer Barrage
PPTE # 482123762



DILIGENCIA DE PRESENTACION PERSONAL
Y RECONOCIMIENTO

En Santiago de Cali a: _____ 23 MAR 2017 _____

Notario  Veintiuno (E )

del circulo de Santiago de Cali, hace constar: que el
escrito que antecede fue presentado personalmente
por Samer Hadle Barraga

identificado con la C.C. N° P 482 1 2 3 7 6 2

Expedida en United St. of America , quien además

Declaro que su contenido es cierto y verdadero y que la
Firma y la huella que en él aparecen son suyas

Firma Declarante

República de Colombia
Departamento del Valle
Santiago de Cali
Notaría Veintiuna

Andrea Milena García V.
Notaria Encargada

Señores
Precious Metals Investments SAS
Ciudad


Referencia: Poder.


Samer Barrage, identificado con PPTE # 482123762 respetuosamente me
dirijo a ustedes para informarles que confiero poder, para que me
represente a partir de la fecha, 23 de marzo de 2.017, en mis derechos
sociales y con las facultades que me concede la participación accionaria en
la sociedad Precious Metals Investments SAS, tanto en los actos ordinarios
como extraordinarios, a la señora Norma Isabel Cardozo Salinas c.c.
41.922.627.


Atentamente,

Samer Barrage
PPTE # 482123762



DILIGENCIA DE PRESENTACION PERSONAL
Y RECONOCIMIENTO

En Santiago de Cali a: _____ 23 MAR 2017

Notario Veintiuno (E)

del círculo de Santiago de Cali, hace constar: que el
escrito que antecede fue presentado personalmente
por _Santes Hadi Bassage_

Identificado con la C.C. N° _P.982123762_

Expedida en _Unit S. Ofandes_ quien además

Declaro que su contenido es cierto y verdadero y que la
Firma y la huella que en él aparecen son suyas

_____
Firma Declarante

República de Colombia
Departamento del Valle
Santiago de Cali
Notaría Veintiuna

Andrea Milena García V.
Notaría Encargada

Señores
**NTR Metals Zona Franca SAS**
Ciudad


Samer Barrage, identificado con PPTE # 482123762 respetuosamente me dirijo a ustedes para solicitarles se sirvan designar un nuevo representante legal suplente como quiera que debo atender un litigio legal en Miami – Florida – EEUU – que demandara por el momento toda mi atención y dedicación.


Atentamente,


Samer Barrage
PPTE # 482123762



DILIGENCIA DE PRESENTACION PERSONAL
Y RECONOCIMIENTO

En Santiago de Cali a: **2 3 MAR 2017**

Notario  Veintiuno (E )

del círculo  de  Santiago de Cali, hace  constar: que el

escrito que antecede fue presentado personalmente

por  _Samer Hadi Bassage_

Identificado  con la C.C. N°  _P. 8212 3768_

Expedida  en  _Unit S/. of america_  quien además

Declaro que su contenido es cierto y verdadero y que la

Firma y la huella que en él aparecen son suyas

Firma Declarante

República de Colombia
Departamento del Valle
Santiago de Cali
Notaría Veintiuna

Andrea Milena García V.
Notaria Encargada

Señores
Precious Metals Investments SAS
Ciudad

Samer Barrage, identificado con PPTE # 482123762 respetuosamente me dirijo a ustedes para solicitarles se sirvan designar un nuevo suplente del gerente como quiera que debo atender un litigio legal en Miami – Florida – EEUU – que demandara por el momento toda mi atención y dedicación.

Atentamente,

Samer Barrage
PPTE # 482123762



DILIGENCIA DE PRESENTACION PERSONAL
Y RECONOCIMIENTO

En Santiago de Cali a: _____ **2 3 MAR 2017**

Notario  Veintiuno (E)

del círculo de Santiago de Cali, hace constar: que el escrito que antecede fue presentado personalmente por _Jaimes_ _Hadi Bayia qe_

identificado con la c/c. N° R.48212376.2

Expedida en _Unt St. Jalles_ quien además

Declaro que su contenido es cierto y verdadero y que la firma y la huella que en él aparecen son suyas

_____
Firma Declarante

República de Colombia
Departamento del Valle
Santiago de Cali
Notaría Veintiuna

Andrea Milena García V.
Notaría Encargada

Note: Handwritten text indicated in italics

Messrs.
**NTR Metals Zona Franca SAS**
**Ntr Metals Investments SAS**
**Ntr Metals South America LIc**
City

**Samer Barrage**, identified with PPTE # 482123762, respectfully write to you for the following purpose:

I am informing you that I decided to be absent as of today from the alternate representation and management work I was performing at NTR Metals Zona Franca SAS (Palmira-Colombia) and Precious Metals Investments SAS, respectively, because my priority at this time is to attend a lawsuit in Mimi Florida USA that requires my entire attention. I hope that, once this is resolved favorably, I will be able to resume my activities again.

The litigation in Mimi-Florida-USA is related to NTR Metals Miami and although it is between the latter and NTR Metals Zona Franca SAS (Colombia), there is no subordination, financial, administrative or operational relationship, since they have a common parent company. I consider that the risk to reputation and the personal need to attend with all dedication the litigation between the authorities require me take time from my representation and management in the capacity of alternate.

Finally, I state that, concerning my behavior, it has always been honest, complying with the highest corporate ethics standards and models of *compliance* implemented, sponsored and backed by me. I trust that this will be quickly acknowledged.

Sincerely,
[signature]
Samer Barrage
PPTE # 482123762

[stamp]
NOTARY OFFICE 21 OF CALI
PAGE STAMPED AND INITIALED
Resolution 11621/2010 – Art. 5

Note: Handwritten text indicated in italics

---

[stamp:] PERSONAL PRESENTATION AND
ACKNOWLEDGEMENT ACTION
In Santiago de Cali on: <u>MARCH 23, 2017</u>
                        Notary twenty-one (E)
of the circle of Santiago de Cali, states: that the above
document was personally presented by   *Samer Hadi*
*Barrage*
identified with C.C. No.   *P 982123762*
Issued in  *United States of America*, and in addition
I declare that its content is valid and true and the
signature and fingerprint that appear therein are his own.
[signature]
Deponent's signature

---

[stamp:] Republic of Colombia
Department of Valle
Santiago de Cali
Notary Office Twenty-One
[signature]
Andrea Milena García V.
Notary in Charge

Note: Handwritten text indicated in italics

Messrs.
NTR Metals Zona Franca SAS
City

Samer Barrage, identified with PPTE # 482123762, respectfully write to inform you that, as of today, March 23, 2017 and for time needed to resolve favorably a lawsuit in Mimi - Florida - USA that for now requires my entire attention and dedication, Mrs. Norma Isabel Cardozo Salinas, c.c. 41.922.627, as legal representative of Precious Metals Investments SAS, will perform the activities corresponding to the share of 25% of the corporate rights of NTR Metals Zona Franca SAS.

Sincerely,
[signature]
Samer Barrage
PPTE # 482123762

[stamp]
NOTARY OFFICE 21 OF CALI
PAGE STAMPED AND INITIALED
Resolution 11621/2010 – Art. 5

Note: Handwritten text indicated in italics

[stamp:] PERSONAL PRESENTATION AND
ACKNOWLEDGEMENT ACTION
In Santiago de Cali on: <u>MARCH 23, 2017</u>
Notary twenty-one (E)
of the circle of Santiago de Cali, states: that the above
document was personally presented by   *Samer Hadi*
*Barrage*
identified with C.C. No.   *P 982123762*
Issued in  *United States of America*, and in addition
I declare that its content is valid and true and the
signature and fingerprint that appear therein are his own.
[signature]
Deponent's signature

[stamp:] Republic of Colombia
Department of Valle
Santiago de Cali
Notary Office Twenty-One
[signature]
Andrea Milena García V.
Notary in Charge

Note: Handwritten text indicated in italics

Messrs.
Precious Metals Investments SAS
City

Samer Barrage, identified with PPTE # 482123762, respectfully write to inform you that I grant power of attorney, as of today, March 23, 2017 to represent me in my corporate rights and with the powers given to me by my shareholding participation in the company Precious Metals Investments SAS, both in ordinary and extraordinary acts, to Mrs. Norma Isabel Cardozo Salinas, c.c. 41.922.627.

Sincerely,
[signature]
Samer Barrage
PPTE # 482123762

[stamp]
NOTARY OFFICE 21 OF CALI
PAGE STAMPED AND INITIALED
Resolution 11621/2010 – Art. 5

Note: Handwritten text indicated in italics

---

[stamp:] PERSONAL PRESENTATION AND
ACKNOWLEDGEMENT ACTION
In Santiago de Cali on: <u>MARCH 23, 2017</u>
Notary twenty-one (E)
of the circle of Santiago de Cali, states: that the above
document was personally presented by  *Samer Hadi
Barrage*
identified with C.C. No.  *P 982123762*
Issued in  *United States of America*, and in addition
I declare that its content is valid and true and the
signature and fingerprint that appear therein are his own.
[signature]
Deponent's signature

---

[stamp:] Republic of Colombia
Department of Valle
Santiago de Cali
Notary Office Twenty-One
[signature]
Andrea Milena García V.
Notary in Charge

Note: Handwritten text indicated in italics

Messrs.
NTR Metals Zona Franca SAS
City

Samer Barrage, identified with PPTE # 482123762, respectfully write to request that you appoint a new alternate legal representative, since I must attend a lawsuit in Mimi - Florida - USA that, for now, will require my entire attention and dedication.

Sincerely,
[signature]
Samer Barrage
PPTE # 482123762

[stamp]
NOTARY OFFICE 21 OF CALI
PAGE STAMPED AND INITIALED
Resolution 11621/2010 – Art. 5

Note: Handwritten text indicated in italics

---

[stamp:] PERSONAL PRESENTATION AND
ACKNOWLEDGEMENT ACTION
In Santiago de Cali on: <u>MARCH 23, 2017</u>
Notary twenty-one (E)
of the circle of Santiago de Cali, states: that the above
document was personally presented by   *Samer Hadi*
*Barrage*
identified with C.C. No.   *P 982123762*
Issued in  *United States of America,* and in addition
I declare that its content is valid and true and the
signature and fingerprint that appear therein are his own.
[signature]
Deponent's signature

---

[stamp:] Republic of Colombia
Department of Valle
Santiago de Cali
Notary Office Twenty-One
[signature]
Andrea Milena García V.
Notary in Charge

Note: Handwritten text indicated in italics

Messrs.
Precious Metals Investments SAS
City

Samer Barrage, identified with PPTE # 482123762, respectfully write to request that you appoint a new alternate manager, since I must attend a lawsuit in Mimi - Florida - USA that, for now, will require my entire attention and dedication.

Sincerely,
[signature]
Samer Barrage
PPTE # 482123762

[stamp]
NOTARY OFFICE 21 OF CALI
PAGE STAMPED AND INITIALED
Resolution 11621/2010 – Art. 5

Note: Handwritten text indicated in italics

---

[stamp:] PERSONAL PRESENTATION AND
ACKNOWLEDGEMENT ACTION
In Santiago de Cali on: <u>MARCH 23, 2017</u>
Notary twenty-one (E)
of the circle of Santiago de Cali, states: that the above
document was personally presented by *Samer Hadi*
*Barrage*
identified with C.C. No. *P 982123762*
Issued in *United States of America*, and in addition
I declare that its content is valid and true and the
signature and fingerprint that appear therein are his own.
[signature]
Deponent's signature

---

[stamp:] Republic of Colombia
Department of Valle
Santiago de Cali
Notary Office Twenty-One
[signature]
Andrea Milena García V.
Notary in Charge



City of New York, State of New York, County of New York

I, Angela Lo, hereby certify that the document, "Colombian Notary Docs" is, to the best of my knowledge and belief and within the given parameters, a true and accurate translation from Spanish into English.

Angela Lo

Sworn to before me this

April 28, 2017

Signature, Notary Public

Stamp, Notary Public

LANGUAGE AND TECHNOLOGY SOLUTIONS FOR GLOBAL BUSINESS

THREE PARK AVENUE, 39TH FLOOR, NEW YORK, NY 10016 | T 212.689.5555 | F 212.689.1059 | WWW.TRANSPERFECT.COM

OFFICES IN 90 CITIES WORLDWIDE